# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATLEE'S TINY STORAGE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-115-D |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

## **O R D E R**

Plaintiff filed it Disclosure Statement [Doc. No. 12] pursuant to Fed. R. Civ. P. 7.1. However, Plaintiff identifies itself as a limited liability company (LLC). The Disclosure Statement fails to comply with LCvR 7.1.1. Moreover, the Tenth Circuit Court of Appeals recently held that the citizenship of a LLC is the citizenship of all its members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, No. 14-6119, 2015 WL 1430335 at *4 (10th Cir. March 31, 2015) (for publication). Plaintiff's Disclosure Statement fails to identify the LLC's membership or citizenship.

IT IS THEREFORE ORDERED that Plaintiff shall file an amended disclosure statement in compliance with LCvR 7.1.1 within seven (7) days of the date of this Order.

IT IS SO ORDERED this 10th day of April, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE