UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ATLEES TINY STORAGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:15-cv-00115-D |
| | ) | |
| HARTFORD UNDERWRITERS | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Atlees Tiny Storage, LLC, hereby stipulates that its claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 17th day of December, 2015.

Respectfully submitted,

*s/ Patrick C. McGinnis*
Patrick C. McGinnis, OBA #13631900TX
Merlin Law Group, P.A.
3 Riverway, Suite 701
Houston, TX 77056
713-626-8880
713-626-8881 (fax)
Email: pmcginnis@merlinlawgroup.com

ATTORNEYS FOR PLAINTIFF ATLEE'S
TINY STORAGE LLC

- and -

*s/ Jodi W. Dishman*
Jodi W. Dishman, OBA #20677
William S. Leach, OBA # 14892
Anna E. Imose, OBA # 32021
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439
Email:

jodi.dishman@mcafeetaft.com
bill.leach@mcafeetaft.com
anna.imose@mcafeetaft.com

ATTORNEYS FOR DEFENDANT
HARTFORD UNDERWRITERS
INSURANCE COMPANY